UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**JORDAN RAE**,
    Plaintiff,

v.                                                             2:25-cv-66-JLB-NPM

**COMMISSIONER OF SOCIAL SECURITY**,
    Defendant.

## ORDER

Before the court is an unopposed motion for entry of judgment with remand (Doc. 18). The Commissioner of Social Security seeks remand to an Administrative Law Judge to offer the claimant an opportunity for a supplemental hearing and issue a new decision. (Doc. 18 at 1). Accordingly, the unopposed motion for entry of judgment with remand (Doc. 18) is **GRANTED**. Under sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed, and this case is remanded to the Commissioner for consideration of the aforementioned issues. If plaintiff prevails in this action on remand, plaintiff must comply with the order (Doc. 1) entered on November 14, 2012, in Misc. No. 6:12-mc-124-Orl-22. The clerk is **DIRECTED** to enter judgment accordingly, terminate all scheduled events, and close the case.

**ORDERED** on July 7, 2025

NICHOLAS P. MIZELL
United States Magistrate Judge